CONFIDENTIAL
Figure Lending Corp
c/o Cyberscout
P.O. Box 3826
Suwanee, GA 30024


Jack Patschull

**U.S. INDIVIDUAL NOTICE**

February 24, 2026

Re: Notice of Data Breach

Dear Jack Patschull:

Figure Lending Corp and its subsidiaries, Figure Lending LLC, Figure Markets Credit LLC, and Figure Payments Corporation (collectively, "We" or "Figure") are writing to let you know about a security incident that affected your personal information. Figure is a technology-driven lender specializing in blockchain enabled home equity lines of credit and refinancing, and crypto-backed loans. We also provide technology and loan administrative services to other lenders and business partners, which may have included the origination and/or servicing of a loan you have with our business partner lenders

Please read this notice carefully, as it provides up-to-date information on what happened and what we are doing, as well as information on how you can obtain complimentary credit monitoring and identity restoration services.

### What happened?

Recently, Figure discovered unauthorized activity on our systems. We acted quickly to stop the activity and enhance our security measures, and we began working with a leading cybersecurity firm to investigate what happened. We also reported the incident to law enforcement and offered our full cooperation. However, we did identify evidence that on January 28, 2026 data containing personal information was obtained through queries on company databases that store loan and loan inquiry data.

There was no evidence of unauthorized access to customer accounts and funds, and our business operations continue uninterrupted. Additionally, we continuously monitor accounts, which have strong safeguards in place to protect your funds.

### What information was involved?

We have determined that your name, Social Security number, address, phone number, email, date of birth, loan account number, and loan information was obtained.

### What we are doing:

We are committed to safeguarding confidential and sensitive information. We are offering two years of complimentary credit monitoring and identity restoration services through our third-party vendor, TransUnion.

Please see Attachment A for details regarding these complimentary credit monitoring and identity restoration services, as well as how to enroll with your unique code. **You must enroll by May 31, 2026 to receive these services.**